IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

**1:26CV589**

| | |
|---|---|
| MICHAEL DEAN VAUGHAN, | Civil Action No.: |
| Plaintiff, | _____ |
| v. | District Judge: **J. HOPKINS** |
| DEPARTMENT OF DEFENSE;<br>DEPARTMENT OF THE ARMY; and<br>NATIONAL GUARD BUREAU, | _____ |
| | Magistrate Judge: |
| Defendants. | _____ |
| | **MAGISTRATE JUDGE BOWMAN** |

## MOTION BY PRO SE LITIGANT TO OBTAIN ELECTRONIC CASE FILING RIGHTS

As a party in the above-captioned matter, I, **Michael Dean Vaughan**, respectfully request permission from this Court to participate in electronic case filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

3. I have access to the technical requirements necessary to e-file successfully:

   - A computer with internet access;
   - An e-mail account that can receive notifications from the Court and notices from the e-filing system on a daily basis;
   - A scanner to convert documents that are only in paper format into electronic files;
   - A printer or copier to create required paper copies such as copies for chambers;
   - A word processing program to create documents;
   - A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be filed; and
   - A PACER account.

4. I understand that documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format for the ECF system set out in the most current edition of the ECF Policies and Procedures Manual issued by the Clerk.

5.  I understand that permission to file electronically may be revoked at any time.

**Date:** June 15, 2026

Michael Dean Vaughan, Pro Se
500 Leo Drive
Hamilton, Ohio 45013
Telephone: (859) 743-1355
Email: warhacker6@gmail.com