IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

MICHAEL DEAN VAUGHAN,
          Plaintiff,

    v.                               Case No. 1:26-cv-00589-JPH-SKB

DEPARTMENT OF DEFENSE;          District Judge Jeffery P. Hopkins
DEPARTMENT OF THE ARMY; and    Magistrate Judge Stephanie K. Bowman
NATIONAL GUARD BUREAU,

          Defendants.

---

**NOTICE OF FILING OF PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTION TO STAY (DOC. 7)**

Plaintiff Michael Dean Vaughan, appearing pro se, respectfully gives notice as follows.

1.    Defendants filed their Motion to Stay Proceedings on July 24, 2026 (Doc. 7). Under S.D. Ohio Civ. R. 7.2(a)(2), Plaintiff's memorandum in opposition was due on or before August 14, 2026.

2.    On July 27, 2026, the Court granted the motion by notation order, before the opposition period under Local Rule 7.2(a)(2) had run.

3.    On July 28, 2026, Plaintiff filed his Objection under Fed. R. Civ. P. 72(a) (Doc. 8) and attached his completed memorandum in opposition as Doc. 8-3, together with an index of exhibits at Doc. 8-4 and supporting exhibits at Doc. 8-5 through Doc. 8-9.

4.    Plaintiff files this Notice to confirm that the memorandum at Doc. 8-3 is submitted as, and constitutes, his memorandum in opposition to Doc. 7 under S.D. Ohio Civ. R. 7.2(a)(2), filed within the time that rule allows. Plaintiff does not abandon, waive, withdraw, or forfeit any argument set out in that memorandum, including his request that any stay be conditioned on interim status reporting, rolling production of responsive non-exempt records, and declaration support for any request to extend the stay.

5.   This Notice seeks no relief and asks the Court to reconsider nothing. Plaintiff files it solely to complete the record. The stay entered July 27, 2026, remains in full force and effect under S.D. Ohio Civ. R. 72.3 unless stayed or overruled, and Plaintiff has complied and will continue to comply with it.

Respectfully submitted,

s/ Michael Dean Vaughan
Plaintiff, pro se
500 Leo Drive
Hamilton, Ohio 45013
(859) 743-1355
warhacker6@gmail.com
Dated: July 28, 2026

## CERTIFICATE OF SERVICE

I certify that on the date below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve notice on all counsel of record, including Linda Mindrutiu, Assistant United States Attorney, counsel for Defendants.

s/ Michael Dean Vaughan
Michael Dean Vaughan, Pro Se
Dated: July 28, 2026