

# DEPARTMENT OF MILITARY AFFAIRS

**Andy Beshear**
Governor

100 Minuteman Parkway
BNGC – EOC Building
Frankfort, KY 40601-6168

**Haldane B. Lamberton**
Major General, KYNG
The Adjutant General

4 August 2026

Michael Vaughan
Via email: warhacker6@gmail.com

Re: Our file No 2026-35

Mr. Vaughan,

The Kentucky Department of Military Affairs (DMA) is in receipt of your record request dated August 1, 2026. I will respond to each request individually.

"1. Kentucky Orders 207-806, dated July 26, 2013, and effective July 16, 2013 separating me from the Army National Guard, together with every version and draft of that order."

Response: DMA does not create nor draft orders separating individuals from the Kentucky Army National Guard. Our Military Records and Research Branch has personnel files for all former members of the Kentucky Army and Air National Guard and DD-214s for veterans whose home of record was Kentucky when they entered the service.  You may request your military records by following instructions found at: https://ky.ng.mil/Contact-Us/Ky-Military-Records-eg-DD214-discharge-paperwork-separation-documents/

"2. Every predicate document on which Orders 207-806 rest, including any personnel action worksheet, data source input, staffing or routing sheet, and any Adjutant General or gubernatorial approval underlying the order."

Response: DMA is an agency of the Commonwealth and we retain personnel action information related to individuals employed by DMA.  We have searched our employee information database and there are no employment actions or files for you. We also searched for State Active Duty payroll information but there were no prior pay records that pertained to you.

"3. All records identifying who prepared Orders 207-806, who reviewed them, and who authorized their issuance before COL Charles T. Jones signed them as G1, Director of Personnel."



Kentucky.gov

An Equal Opportunity Employer M/F/D

Response: DMA has no records responsive to your request.  The "G1" is a federal entity and directorate of the Kentucky Army National Guard. DMA is an agency of the Commonwealth of Kentucky (state), and we retain personnel action information for individuals employed by DMA. Please see https://ky.ng.mil where you will see a link to "Request Personnel Records" for the Kentucky National Guard.

"4. All records establishing the authority for the "By Order of the Governor" line appearing on Orders 207-806, including any delegation of signature authority, standing order, or regulation relied upon."

Response: DMA has no records that are responsive to your request.

"5. All records reflecting who selected the "Under Other Than Honorable Conditions (E)" separation type and the "Format 570" entry appearing on Orders 207-806, and the authority cited for that selection.

Response: DMA has no records responsive to your request. The action you are describing is not an action made by DMA. Federal records that may be possessed by the Kentucky Army National Guard may be obtained through a FOIA request with that entity.

"6. Any legal review, legal sufficiency review, or advice of counsel concerning Orders 207-806 or the characterization of service recorded on them.

Response: DMA has no records responsive to your request. The legal review you are describing is not a legal review made by counsel for DMA. Federal records that may be possessed by the Kentucky Army National Guard may be obtained through a FOIA request.

"7. All records reflecting any recusal analysis or conflict of interest review concerning COL Charles T. Jones, who presided as President of the second Withdrawal of Federal Recognition board on March 12, 2013, and who signed the separation order. If no such review was performed, please state that in writing.

Response: DMA has no records responsive to your request. The analysis you are describing is a federal action and would not be conducted by DMA.  Requests for records should be made to the Kentucky Army National Guard.

"8.   All personnel action records concerning me held by the Division of Administrative Services, including any personnel action document, P-1, position or status change record, personnel database entry, and any record of the separation action reflected in Orders 207-806 as processed by the Administrative Branch."

Response: DMA is an agency of the Commonwealth, and we retain personnel action information related to individuals employed by DMA.  We have searched our employee information database and there are no employment files for you. We also

searched State Active Duty payroll information but there were no pay records that pertained to you.

"9. The complete Department file numbered 2026-11, including all records generated in connection with the Department's March 10, 2026, response to me, all internal correspondence concerning that response, and all records of any search performed before it was issued.

Response: See the attached record consisting of 10 pages. DMA received your request and our records custodian assigned a number. Attached is that email. Your March request specifically referenced a "KYARNG FOIA," and DMA, an agency of the Commonwealth, does not retain federal records. There was a verbal request to human resources personnel to search for your name and applicable identifiers within KHRIS (Kentucky Human Resources Information System). Since you were not an employee of the Department of Military Affairs, there is no record in KHRIS. In addition, your request referenced federal military personnel and organizations that are unrelated to DMA (state government).

If you are attempting to request federal records from the Kentucky National Guard, you can do so via email at ng.ky.kyarng.mbx.foia-office@army.mil or send a written request via US mail to the attention of Mr. Adam Rients, JFHQ Building, 100 Minuteman Parkway, Frankfort, Kentucky 40601.

If you wish to appeal this response from DMA, you may do so by filing a complaint with the Office of the Attorney General, Open Records/Open Meeting, The Capitol, 700 Capitol Avenue, Suite 118, Frankfort, Kentucky 40601, pursuant to KRS 61.880(2).

Respectfully,

Charla Sands
Attorney

| | |
|---|---|
| **From:** | Simpson, Crystal L NFG NG KYARNG (USA) |
| **To:** | Sands, Charla R NFG NG KYARNG (USA) |
| **Subject:** | FW: NGB-IG COMPLAINT: Fabricated Federal Affidavit, Active Giglio Cascade, and Structural Conflict of Interest — LTC Dylan F. Seitz (KYARNG SJA) and BG Natalie L. Lewellen, Deputy General Counsel-Army, NGB | Re: ABCMR Docket AR20120006999 - [UNCLASSIFIED] |
| **Date:** | Tuesday, March 10, 2026 9:44:16 AM |
| **Attachments:** | FOIA Regarding AUSA Dave Middleton AUSA EDKY and for Det Hirte, Seitz, and Lewellen Fraud.pdf |
| | Exhibit-B_Roden-to-Seitz_2010-06-08_USALSA-Directive.pdf |
| | Exhibit-A_Commonwealth-v-Vaughan_2014-06-18_Discovery.pdf |
| | Exhibit-D_Seitz-to-Vaughan_Undated_Touhy-Response-KY-Letterhead.pdf |
| | Exhibit-F_Turner-KYARNG_2010-09-16_Witness-Travel-Funding-Request.pdf |
| | Exhibit-G_Peyton-to-Seitz_2010-09-21_Witness-Travel-Regulations.pdf |
| | Exhibit-E_Gonzalez-Seitz_2010-09-24_No-Witness-Funding.pdf |
| | BG Lewellen.pdf |
| | Exhibit-J_Kounovsky-to-Seitz_2010-06-08_Hirte-Contact-Info.pdf |
| | Exhibit-H_DeMers-to-Seitz_2010-09-24_Kounovsky-Travel-Confirmed.pdf |
| | Exhibit-I_Seitz-to-Hirte_2010-06-14_AR15-6-Unauthorized-Disclosure.pdf |
| | Exhibit-K_Seitz-to-Gonzalez_2010-09-30_Personal-Animus-Statement.pdf |
| | Exhibit-K_Seitz-to-Gonzalez_2010-09-30_Personal-Animus-Statement2.pdf |
| | Exhibit-L_June 14 2010 Hirte to Dylan Seitz test.pdf |
| | Exhibit-L_Lewellen-to-Hirte_2011-06-24_Pre-Drafted-Affidavit and status update.pdf |
| | Exhibit-L_Lewellen-to-Hirte_2011-06-24_Pre-Drafted-Affidavit and status update2.pdf |
| | Jan 6 2014 Burns to Seitz Michael Dean Vaughan Document Request.pdf |
| | Exhibit-M_Hirte-Affidavit_2011-06-27_Executed-Federal-Court.pdf |
| | Exhibit-C_Seitz_2010-08_Motion-to-Quash-Vaughan-v-Brigham.pdf |
| | 20140106081954545.pdf |

**UNCLASSIFIED**

DMA 2026-11

Thanks.

Crystal L. Simpson
Director, Division of Administrative Services
Department of Military Affairs
502-607-1541 (Office)
502-545-8910 (Cell)
502-607-1240 (Fax)

This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited and may be unlawful. If you have received this communication in error, please return it to the sender, delete the communication, and destroy any copies.

**UNCLASSIFIED**

**From:** Michael Vaughan <warhacker6@gmail.com>
**Sent:** Sunday, March 8, 2026 10:09 PM
**To:** NG KY KYARNG List DMA-Records Req <ng.ky.kyarng.list.dma-records-req@army.mil>
**Subject:** Fwd: NGB-IG COMPLAINT: Fabricated Federal Affidavit, Active Giglio Cascade, and Structural Conflict of Interest — LTC Dylan F. Seitz (KYARNG SJA) and BG Natalie L. Lewellen, Deputy General

Counsel-Army, NGB | Re: ABCMR Docket AR20120006999

> Some people who received this message don't often get email from warhacker6@gmail.com. Learn why this is important

**To Whom It May Concern (attention: COL Kevin Jones, Forward this e-mail to Kevin Please. It is CCIR material for the TAG and the SJAG):**

I am writing regarding two related matters.

**First**, TRADOC FOIA has confirmed via its March 5, 2026 correspondence (quoted below) that it referred portions of FOIA Request FA-25-0082 / FP-25-040133 to both the Kentucky Army National Guard FOIA office and the Fort Leonard Wood Garrison FOIA office. As of the date of this email, I have received no correspondence from the KYARNG FOIA office acknowledging that referral, assigning a tracking number, or providing any response to the referred records.

This constitutes an outstanding, unacknowledged FOIA referral. I request immediate written acknowledgment, assignment of a tracking number, and a response timeline consistent with 5 U.S.C. § 552(a)(6)(A).

**Second**, please be advised that a formal complaint has been filed today with the NGB Inspector General regarding matters directly related to the records sought in this and prior FOIA requests, including authenticated email communications produced through the KYARNG JAG-supplied Outlook PST file turned over in criminal discovery in Commonwealth v. Vaughan, Kenton Circuit Court, No. 14-CR-204. The NGB-IG complaint and its attachments are copied below for your awareness.

I note that I am already in possession of a substantial volume of KYARNG email communications from the 2009–2013 period, produced through prior FOIA requests and criminal discovery, which document the conduct described in the NGB-IG complaint. The outstanding FOIA request seeks records that supplement and corroborate the existing record.Including fleshing out some issues with the record regarding [then] CPT Joseph Sloan.

Prompt compliance with the outstanding referral is respectfully requested.

Respectfully,
Michael Vaughan, M.Sc. in Cybersecurity
Ph.D. Student, Information Technology (4.0 GPA)
C: 859-743-1355

warhacker6@gmail.com

## USARMY Austin TX Mailbox T2COM HQ FOIA   Thu, Mar 5, 2:36 PM (3 days ago)

to me, USARMY, ogis@nara.gov, NG, NG, maximino.gonzalez@army.mil, maximino.gonzalez@us.army.mil, USARMY

**UNCLASSIFIED**

Good afternoon, Mr. Vaughan,

Your email of February 28, 2026 (below) does not appear to apply to our office and does not meet the requirements of submitting a request under the Freedom of Information Act (FOIA) and/or Privacy Act.
Your previous FOIA request, assigned FA-25-0082/FP-25-040133, was closed as of March 3, 2026.  **We've confirmed that both the Kentucky Army Nat'l Guard and Fort Leonard Wood Garrison FOIA offices accepted our referrals and their contact information has been provided to you.**

If you have not received any correspondence from these two offices regarding the referred portions of your request, please let us know.

Respectfully,

Carla Wilson
Privacy and Freedom of Information Act Official
Records Management Division
U.S. Army Transformation and  Training Command (G-6)
Email: usarmy.jble.tradoc.mbx.hq-tradoc-foia@army.mil
Phone: 1-571-588-0739

*Army FOIA: https://foia.army.mil/
**UNCLASSIFIED"**

---------- Forwarded message ---------
From: **Michael Vaughan** <warhacker6@gmail.com>
Date: Sun, Mar 8, 2026 at 9:37 PM
Subject: NGB-IG COMPLAINT: Fabricated Federal Affidavit, Active Giglio Cascade, and Structural Conflict of Interest — LTC Dylan F. Seitz (KYARNG SJA) and BG Natalie L. Lewellen, Deputy General Counsel-Army, NGB | Re: ABCMR Docket AR20120006999

To: <ng.ncr.ngb-arng.mbx.ngb-ig@army.mil>

**TO:** National Guard Bureau Inspector General
ng.ncr.ngb-arng.mbx.ngb-ig@army.mil

**FROM:** Michael Dean Vaughan
500 Leo Drive
Hamilton, Ohio 45013
(859) 743-1355
warhacker6@gmail.com

**DATE:** March 8, 2026

**RE:** Formal IG Complaint — Fabricated Federal Affidavit, Active Giglio Cascade, and Structural Conflict of Interest Regarding BG Natalie L. Lewellen, Deputy General Counsel-Army, NGB
ABCMR Docket: AR20120006999
Federal Case: Vaughan v. Brigham, No. 3:10-cv-00005-DCR (E.D. Ky.)

## I. NATURE AND PURPOSE OF THIS COMPLAINT

This complaint is submitted pursuant to DoD Directive 5106.01 and AR 20-1, and requests that the NGB Inspector General open a formal inquiry into the following: (1) the fabrication of a sworn federal affidavit by then-MAJ Natalie Lewellen, KYARNG Staff Judge Advocate, in coordination with LTC Dylan F. Seitz, KYARNG SJA, for submission to the United States District Court for the Eastern District of Kentucky; (2) the active Giglio/Brady cascade triggered by that fabrication, which implicates every criminal proceeding in which Detective Michael Hirte has provided sworn testimony or statements; and (3) the structural conflict of interest created by BG Lewellen's current position as Deputy General Counsel-Army, NGB, which places her in the advisory chain for any ABCMR review of this matter.

One documents are attached to this complaint:

  Attachment 1: FOIA/Privacy Act Request to EOUSA, dated March 8, 2026, targeting USAO-EDKY records related to AUSA David Middleton and the Hirte affidavit proceedings (with authenticated exhibits).

This complaint does not depend on any pending to be filed ABCMR determination. The fabrication is proven by government-generated records alone.

## II. SUMMARY OF DOCUMENTED MISCONDUCT

## A. The Fabricated Affidavit

On June 24, 2011, then-MAJ Natalie Lewellen (KYARNG SJA) emailed a pre-drafted affidavit to Thurston County Sheriff's Detective Michael Hirte with a blank date field and instructions to "review and brutally dissect the statements below for accuracy and clarity, as they will form the basis for the statement we will ask you to sign for introduction into evidence." The resulting affidavit (Doc. 68-1, Vaughan v. Brigham) was filed in federal court four days later under Hirte's signature and presented as his independent sworn testimony.

**The affidavit contained four materially false statements:**

(1) That Case #09-5046 was "reopened on or around January 22nd, 2010" — disproven by the Thurston County Sheriff's Office's own machine-generated RMS audit log, showing zero status change, zero user access, and zero data entry between January 4, 2010 and June 2010. The Supplemental Report purporting to document January 2010 activity (Report No. 09-005046.3) was not created until March 27, 2012 — nine months after the affidavit was signed.

(2) That the classification of the case as "suspended" was "inaccurate" — disproven by the TCSO's own January 2026 FOIA production confirming SUSPENDED was the accurate, continuous system-of-record status from December 31, 2009 onward.

(3) That the case "continues to be open as of this date" (June 27, 2011) — contradicted by 18 months of RMS dormancy through the date of signing.

(4) That Hirte confirmed the investigation was "open/not closed" to LTC Seitz on or before September 24, 2010 — directly contradicted by Hirte's own statement to the undersigned on September 27, 2010, that "there was no evidence in the case file indicating that the Plaintiff has engaged in any of the actions alleged."

## B. MAJ Lewellen Possessed Actual Knowledge of the Truth When She Drafted the Lie

In the same June 24, 2011 email in which Lewellen transmitted the false draft to Hirte, she accurately recounted the undersigned's correct contentions: that the case was suspended since December 2009, that Thurston County had confirmed in writing the case was never reopened, and that Hirte himself had told the undersigned on September 27, 2010, that there was no evidence against him. She knew the true facts and drafted the opposite. This is not ambiguity or advocacy error. It is documented knowing intent under 18 U.S.C. §§ 1343, 1621, and AR 27-26

Rule 3.3.

On the same day, Lewellen confirmed to LTC Seitz that she had "spoke with Dave Middleton" (AUSA, USAO-EDKY) "a couple of times," establishing coordination between KYARNG JAG and the U.S. Attorney's Office at the precise moment the affidavit was being fabricated. This is the subject of the concurrently filed EOUSA FOIA request (Attachment 1).

## C. LTC Seitz's Role

LTC Seitz: (a) filed the Motion to Quash in federal court under his own signature despite being told in writing by USALSA on June 8, 2010, that the U.S. Attorney's office was "the entity authorized to represent the government's interests in court," and having himself asked that same day "Am I authorized to appear in Federal Court on behalf of the Army?"; (b) represented to the court that a Thurston County criminal investigation was "open" — a statement now proven false by machine-generated records; (c) submitted a materially altered DA Form 1574 (Doc. 35-2) from which the Appointing Authority's "Do NOT Concur" annotation had been stripped; and (d) received Lewellen's June 24 status update confirming both the affidavit draft and the coordination with AUSA Middleton. Seitz then introduced the fabricated affidavit as Government Exhibit 5 at the First Warrant Officer Retention Board.

## D. The Notarial Fraud

The affidavit fails six independent mandatory requirements of Washington law (RCW 42.44), including the absence of the official seal — the defect that alone defeats the presumption of authenticity under RCW 42.44.080(9). The notarial block identifies the notary as "Leona N. Pickett," a name corresponding to no commissioned Washington State notary. The only commissioned notary in Thurston County with a matching commission expiration date (09-01-2012) is Lesa Pickett, Commission No. 12884. Pending evidence requests to Washington State DOL and Thurston County will resolve whether Pickett's credentials were used without her knowledge or whether she executed a defective notarization under instruction.

## III. THE GIGLIO CASCADE — ACTIVE AND NON-DISCRETIONARY

Under *Giglio v. United States*, 405 U.S. 150 (1972), and *Brady v. Maryland*, 373 U.S. 83 (1963), the constitutional duty to disclose evidence bearing on witness credibility is affirmative, non-discretionary, and triggers the moment a prosecutor learns of the material. Detective Hirte swore to materially false statements in a federal proceeding, disproven by his own agency's government-produced records. Drafted by BG Natalie Lewellen.

The following offices will shortly be receiving constructive notice of the fabrication and bear active disclosure obligations:

— Thurston County Prosecuting Attorney: Giglio/Brady review required for all pending and concluded cases in which Hirte provided sworn statements or testimony. Brady list placement warranted immediately.

— USAO-WDWA: Review required for all federal prosecutions in which Hirte participated. Hirte is believed to be currently assigned to a crimes against children task force in a forensic capacity.

— USAO-EDKY/EOUSA: AUSA Middleton's June 24, 2011 coordination with Lewellen on the day the draft was transmitted places USAO-EDKY on constructive notice. The EOUSA FOIA request targets this coordination directly.

— DOJ Office of Professional Responsibility: Referral regarding AUSA Middleton's conduct is contingent on EOUSA FOIA responsive records, but is being formally flagged now.

Under *Napue v. Illinois*, 360 U.S. 264 (1959), any prosecutor who continues to use Hirte in an active proceeding after receiving this notice, without disclosing the fabrication, commits an independent constitutional violation in each such proceeding.

**The NGB-IG is on formal notice of this cascade as of the date of this complaint caused by BG Natalie Lewellen and LTC Seitz.**

## IV. STRUCTURAL CONFLICT OF INTEREST — BG LEWELLEN AS NGB DEPUTY GENERAL COUNSEL

BG Natalie L. Lewellen was promoted to Brigadier General and appointed Deputy General Counsel-Army, National Guard Bureau, in April 2025. In that capacity, she occupies a position in the advisory chain through which ABCMR advisory opinions in this matter may be routed.

BG Lewellen is the person who drafted the false affidavit. She is the subject of a concurrent TJAG professional responsibility complaint for violation of AR 27-26 Rule 3.3 (Candor Toward the Tribunal). Her presence in any NGB advisory role touching this case is a conflict of interest that taints any advisory opinion produced through that channel.

The NGB-IG is respectfully requested to: (1) open a formal inquiry into BG Lewellen's June 24, 2011 conduct as documented herein; (2) ensure that BG Lewellen is formally recused from any advisory, supervisory, or reviewing role in connection with ABCMR Docket AR20120006999 or any associated proceeding; (3) document the recusal on the record and provide written confirmation to the undersigned; and (4) preserve all

records relating to BG Lewellen's communications with ARBA, USALSA, or any component of the ABCMR advisory process in this matter.

## V. RELIEF REQUESTED

1. Open a formal NGB-IG inquiry into the fabrication of the Hirte affidavit by then-MAJ Lewellen and LTC Seitz, as documented in the attached memorandum.

2. Issue a formal recusal order removing BG Lewellen from any role in the advisory process for ABCMR Docket AR20120006999.

3. Refer the documented Giglio cascade to the appropriate prosecutorial authorities, including the Thurston County Prosecuting Attorney and USAO-WDWA, if not already actioned.

4. Refer the documented Rule 3.3 violation to TJAG for professional responsibility proceedings, noting the standalone evidentiary basis in the June 24, 2011 email.

5. Preserve all NGB records relating to BG Lewellen's appointment, confirmation, and any communications with ARBA, USALSA, or ABCMR components touching this matter, pending the concurrent Senate SASC adverse information disclosure being filed on April 15, 2026.


I certify that the foregoing is true and correct to the best of my knowledge and belief. The attached documents are authentic government-produced records or authenticated exhibits from criminal discovery in Commonwealth v. Vaughan, Kenton Circuit Court, No. 14-CR-204.

I am curious how many Washington state and federal cases will be thrown out due to the corrupt JAG officers with KY and NGB now?


Respectfully,
Michael Vaughan, M.Sc. in Cybersecurity
Ph.D. Student, Information Technology (4.0 GPA)
C: 859-743-1355
warhacker6@gmail.com


*De inimico non loquaris male, sed cogites.*

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact Michael Vaughan immediately for instructions about returning or destroying all copies of the original message.

## Sands, Charla R NFG NG KYARNG (USA)

| | |
|---|---|
| **From:** | Sands, Charla R NFG NG KYARNG (USA) |
| **Sent:** | Tuesday, March 10, 2026 11:33 AM |
| **To:** | warhacker6@gmail.com |
| **Cc:** | Simpson, Crystal L NFG NG KYARNG (USA) |
| **Subject:** | KY Open Records Act Response - [UNCLASSIFIED] |
| **Attachments:** | Vaughan Response.pdf |

**UNCLASSIFIED**

Mr, Vaughan,

Please see the attached.

Respectfully,

**Charla R. Sands**
Attorney
Kentucky Department of Military Affairs
Office of Management and Administration
100 Minuteman Pky Bldg. 100
Frankfort KY 40601
Phone: 502-607-1837
Cell: 502-545-7030

CONFIDENTIALITY NOTICE

This e-mail message, together with any attachments, is intended only for the personal, confidential, and exclusive use of the intended recipient(s) named. This message may be an attorney-client communication or work product that is privileged and confidential. If you are not the intended recipient(s), you are notified that you received this document in error and that any review, dissemination, distribution, or duplication of this message is strictly prohibited and possibly unlawful. If you received this message in error, please notify the sender immediately at (502) 607-1837 and destroy the message and any attachments.

**UNCLASSIFIED**

1



## DEPARTMENT OF MILITARY AFFAIRS

**Andy Beshear**
Governor

100 Minuteman Parkway
BNGC – EOC Building
Frankfort, KY 40601-6168

**Haldane B. Lamberton**
Major General, KYNG
The Adjutant General

10 March 2026

Michael Vaughan
Via email: warhacker6@gmail.com

Re: Our file No 2026-11

Mr. Vaughan,

    I am in receipt of your record request for "correspondence from the KYARNG FOIA office acknowledging that referral, assigning a tracking number, or providing any response to the referred records. This constitutes an outstanding, unacknowledged FOIA referral. I request immediate written acknowledgment, assignment of a tracking number, and a response timeline consistent with 5 U.S.C. § 552(a)(6)(A)."

    The Department of Military Affairs has no records responsive to your request. You may make a federal records request to the Kentucky National Guard via email at ng.ky.kyarng.mbx.foia-office@army.mil or send a written request via US mail to the attention of Mr. Adam Rients, JFHQ Building, 100 Minuteman Parkway, Frankfort, Kentucky 40601.

    If you wish to appeal this decision, you may do so by filing a complaint with the Office of the Attorney General, Open Records/Open Meeting, The Capitol, 700 Capitol Avenue, Suite 118, Frankfort, Kentucky 40601, pursuant to KRS 61.880(2).

Respectfully,

*Charla R. Sands*

Charla Sands
Attorney



An Equal Opportunity Employer M/F/D