**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | : | Case No. 1:26-cv-589 |
| Plaintiff, | : | District Judge Jeffrey P. Hopkins |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| DEPARTMENT OF DEFENSE, et al., | : | |
| Defendants. | : | |
| | : | |

---

**DEFENDANTS' OMNIBUS RESPONSE TO PLAINTIFF'S LIMITED OBJECTION TO STAY AND MOTION TO ADD STAY CONDITION**

---

Defendants Department of Defense, Department of the Army, and National Guard Bureau file this omnibus response to: (i) Plaintiff's Limited Objection Under Fed. R. Civ. P. 72(a) to the July 27, 2026 Notation Order Granting Stay (Doc. No. 8); (ii) Plaintiff's Memorandum in Response to Defendants' Motion to Stay (Doc. No. 10) and related Notice of Plaintiff's Memorandum in Opposition to Defendants' Motion to Stay (Doc. No. 9); and (iii) Plaintiff's Urgent Motion to Add One Condition to the July 27, 2026 Stay Order (Doc. No. 11) and related Plaintiff's Notice of Supplemental Evidence in Support of His Urgent Motion to Add One Condition to the July 27, 2026 Stay Order (Doc. No. 12). Plaintiff's objection and requests to modify the stay order should be denied.

Plaintiff states plainly in his Memorandum in Response to Defendants' Motion to Stay that he "does not oppose the stay of these proceedings." (Doc. No. 10, PageID #191). Also,

Plaintiff unequivocally consents to a 45-day extension of time to file a response to the Complaint.

Plaintiff seeks in his Memorandum in Response and in his Urgent Motion to Add One Condition that the sixty-day stay be modified to include various conditions related to the FOIA and Privacy Act requests which are the subject of his Complaint.  As Defendants set out in their Motion to Stay, a large number of Plaintiff's FOIA and Privacy Act requests are awaiting responses from the respective agency components. Defense counsel has been in contact with Plaintiff and the respective agency components regarding the subject requests and Defendants intend to provide responses as they are processed. Magistrate Judge Stephanie K. Bowman properly entered a sixty-day stay order pursuant to the Court's equitable powers. Plaintiff's multiple requests that various conditions be added to the stay should be denied. Defendants respectfully submit that additional detailed briefing on each proposed condition is not necessary and would not aid the Court.

<div style="margin-left:50%">

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


*s/Linda Mindrutiu*
LINDA MINDRUTIU (0082341)
Assistant United States Attorney
Attorney for Defendants
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-7108
Fax: (513) 684-6972
E-mail: linda.mindrutiu@usdoj.gov

</div>

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2026, I electronically filed the foregoing using the CM/ECF system,

and that on the same date I caused a copy of the foregoing to be served by Regular Mail to the

Plaintiff at the following address:

Michael Dean Vaughan
500 Leo Drive
Hamilton, Ohio 45013

*s/Linda Mindrutiu*
LINDA MINDRUTIU
Assistant United States Attorney